IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00342-RJC-DSC

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KERRY LASHAWN HUGHLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 13), the Information, (Doc. No. 1), according to his plea agreement in a related case in the Eastern District of New York.

**IT IS ORDERED** that the Government's motion, (Doc. No. 13), is **GRANTED** and the Information, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: December 8, 2021

Robert J. Conrad, Jr.
United States District Judge